**Betty WOODCOCK, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

**No. 13–2329.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2014.

Decided: July 14, 2014.

Daniel S. Jones, Law Offices of Harry J. Binder & Charles E. Binder, P.C., New York, New York, for Appellant. Nora Koch, Acting Regional Chief Counsel, Victor Pane, Supervisory Attorney, Pong Chulirashaneekorn, Assistant Regional Counsel, Social Security Administration, Philadelphia, Pennsylvania; Dana J. Boente, Acting United States Attorney, Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before SHEDD, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Betty Woodcock appeals the district court's order accepting the recommendation of the magistrate judge and affirming the Commissioner's denial of disability insurance benefits. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Woodcock v. Astrue,* No. 2:12–cv–00474–AWA–TEM, 2013 WL 4714407 (E.D.Va. Aug. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*